UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TINA LOUISE ROBERTS, | Case No.: 24-CV-1329 JLS (SBC) |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION PURSUANT TO MARCH 24, 2025 ORDER** |
| STUDIO 15, et al., | |
| Defendants. | (ECF No. 10) |

On March 24, 2025, the Court dismissed Plaintiff's First Amended Complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim. *See generally* ECF No. 15 (the "Order"). The Court granted Plaintiff forty-five (45) days to file an amended complaint. *See id.* at 6. The Order explicitly cautioned Plaintiff: "***If Plaintiff fails to amend within the time provided, the Court will enter a final order dismissing this civil action.***" *Id.* (emphasis in original) (citation omitted). Although forty-five days have come and gone, Plaintiff has not filed an amended complaint in this action. *See generally* Docket.

1  Accordingly, good cause appearing, the Court **DISMISSES WITHOUT PREJUDICE** the present action. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: May 16, 2025

Hon. Janis L. Sammartino
United States District Judge